[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12342

Non-Argument Calendar

_____

JOHN THOMAS SCHOOLCRAFT,

Petitioner-Appellant,

*versus*

WARDEN, G.S.P.,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:19-cv-00087-LGW-BWC

_____

2                        Opinion of the Court                    24-12342

Before LAGOA, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because John Schoolcraft's notice of appeal is untimely to challenge the district court's June 3, 2024 order denying his motion for relief from the final judgment. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010). Even if Schoolcraft's notice of appeal is deemed filed on July 12, 2024 under the prison mailbox rule, the notice is untimely because the deadline to appeal the district court's June 3, 2024 order was July 3, 2024. *See* Fed. R. App. P. 4(a)(1)(A); 28 U.S.C. § 2107(a); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (noting that a *pro se* prisoner's notice of appeal is deemed filed on the date he delivers it to prison authorities for mailing, but if that date is unknown and there is not contrary evidence, the notice is deemed filed on the date he signed it). Furthermore, there is no basis in the record for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). *See* 28 U.S.C. § 2107(c); Fed. R. App. P. 4(a)(5), (6).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.